UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. CLAUDIA GUTIERREZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict in the Court's schedule, the sentencing hearing set for Monday, September 12, 2011 is **VACATED**. The sentencing hearing is **RESET** to **Thursday, October 13, 2011** at **9:00 AM.**

    Dated: September 2, 2011