IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIO ARMENDARIZ,

    Defendant.

---

PRELIMINARY ORDER OF FORFEITURE
ONLY AS TO DEFENDANT MARIO ARMENDARIZ

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure [ECF No. 276]. The Court having read said Motion and being fully advised in the premises finds:

THAT on July 1, 2011, The United States and defendant Mario Armendariz entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure (Doc. 228);

THAT the requisite nexus exists between the 2001 Honda Civic, VIN JHMES16571S010618, and 1965 Chevrolet Impala, VIN 1643755296856, and the charge of conspiracy to distribute and possess with the intent to distribute 5 kilograms of a Schedule II controlled substance that defendant Mario Armendariz pleaded guilty to;

THAT prior to the disposition of the assets, the United States, or its designated

sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

It is therefore

ORDERED that defendant Mario Armendariz's interest in the following:

a. 2001 Honda Civic, VIN JHMES16571S010618, and

b. 1965 Chevrolet Impala, VIN 1643755296856,

is forfeited to the United States in accordance with 21 U.S.C. § 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty (30) consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings;

THAT this Preliminary Order of Forfeiture will be amended pursuant to Rule

32.2(e)(1) if additional specific property is later identified.

Dated: September 6, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge