IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Claudia Gutierrez,

      Defendant.

_____

## ORDER EXONERATING BOND

_____

      This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to prison.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

      **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

      **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

     Dated:  December 22, 2011

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Chief United States District Judge