IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIO ARMENDARIZ,

    Defendant.

---

FINAL ORDER OF FORFEITURE
ONLY AS TO DEFENDANT MARIO ARMENDARIZ

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture [ECF No. 403], filed June 1, 2012. Upon review of the motion and the file, I find:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853(p), as set forth in the Indictment returned on August 26, 2010;

THAT a Preliminary Order of Forfeiture was entered on September 6, 2011;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT as of May 30, 2012, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property

    a.    2001 Honda Civic, VIN JHMES16571S010618 seized from Mario Armendariz on November 5, 2010, and

    b.    1965 Chevrolet Impala, VIN 1643755296856 seized from Mario Armendariz on November 5, 2010

shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited

    a.    2001 Honda Civic, VIN JHMES16571S010618 seized from Mario Armendariz on November 5, 2010, and

    b.    1965 Chevrolet Impala, VIN 1643755296856 seized from Mario Armendariz on November 5, 2010 and may dispose of them in accordance with law.

Dated: June 4, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE